# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUZ PARADOA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 13-6012 |
| | : | |
| **PHILADELPHIA HOUSING AUTHORITY** | : | |
| | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2014, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 16), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

                                                               /s/ Timothy J. Savage
                                                               TIMOTHY J. SAVAGE,  J.